**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

RAY STOVALL,                               *
                                           *
              Plaintiff,                    *
v.                                         *
                                           *
CAROLYN W. COLVIN, Acting                  *        No. 2:14CV00045-JJV
Commissioner, Social Security              *
Administration,                            *
                                           *
              Defendant.                    *

## **JUDGMENT**

Pursuant to the Order filed in this matter on this date, it is Considered, Ordered and Adjudged

that the decision of the Commissioner is affirmed and Plaintiff's Complaint is dismissed with

prejudice.

IT IS SO ORDERED this 15th day of October, 2014.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

1